# SPECIAL CONDITIONS OF RELEASE

Re: **Marcos Gonzalez-Reyes**
No.: **2:25-CR-192-TLN-1**
Date:**August 26, 2025**

1.  You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2.  Your release on bond is delayed **until August 27, 2025, at 9:00 AM**, at which time you will be released the following business day and must report directly to the Pretrial Services office in Sacramento for the installation of the location monitoring equipment.

3.  You are released to the third-party custody of **Otilia Gonzalez**;

4.  You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for **more than 24 hours** without the prior approval of the pretrial services officer;

5.  You must cooperate in the collection of a DNA sample;

6.  You must restrict your travel to **Eastern District of California** unless otherwise approved in advance by the pretrial services officer;

7.  You must surrender any passports to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

8.  You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

9.  You must refrain from **excessive** use of alcohol;

10. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

11. You must report any contact with law enforcement to your pretrial services officer **within 24 hours**;

12. You must participate in the following **location monitoring program** component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

13. **CURFEW:** You must remain inside your residence every day from **5:00 PM to 8:00 AM**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;

14. You must not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

15. You must not access the Internet. Your wife may keep and use one personal laptop and one personal Smartphone. These devices must be password protected and locked away when not in use;

16. You must not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer;

17. You must not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

18. You must not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor; and

19. You must not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.