UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 26, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCOS GONZALEZ-REYES,

    Defendant.

Case No.  2:25-cr-00192-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARCOS GONZALEZ-REYES , Case No.  2:25-cr-00192-TLN , Charge 18 USC § 2252(a)(2), from custody for the following reasons:

    _____  Release on Personal Recognizance

    _____  Bail Posted in the Sum of $ _____

          X   Unsecured Appearance Bond $   50,000.00

    _____  Appearance Bond with 10% Deposit

    _____  Appearance Bond with Surety

    _____  Corporate Surety Bail Bond

    _____  (Other):  The defendants release is delayed until 08/27/2025 no later than 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 26, 2025, at 3:30 PM.

By: _____
Magistrate Judge Allison Claire