1    HEATHER E. WILLIAMS, SBN 122664
     Federal Defender
2    HOOTAN BAIGMOHAMMADI, SBN 279105
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, Third Floor
4    Sacramento, CA 95814
     T: (916) 498-5700
5    F: (916) 498-5710

6    Attorneys for Defendant
     Mr. Gonzalez-Reyes

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

     UNITED STATES OF AMERICA,          ) Case No.  2:25-cr-192-TLN
11                                       )
                Plaintiff,               ) **STIPULATION AND ORDER TO CONTINUE**
12                                       ) **STATUS HEARING AND EXCLUDE TIME**
                vs.                      )
13                                       ) Date: October 16, 2025
     MARCOS GONZALEZ-REYES,              ) Time: 9:30 a.m.
14              Defendant.               ) Judge: Hon. Troy L. Nunley
                                         )
15   _____ )

16          IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric

17   Grant, through Assistant United States Attorney Samuel E. Stefanki, counsel for Plaintiff, and

18   Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19   Baigmohammadi, counsel for Defendant Marcos Gonzalez-Reyes, that the currently scheduled

20   Status Hearing set for October 16, 2025, be continued to **December 11, 2025, at 9:30 a.m.**

21          The parties specifically stipulate as follows:

22          1.      On August 21, 2025, Mr. Gonzalez was arraigned on charges of distribution and

23                  possession of child pornography.

24          2.      The government has produced 540 pages and five native files of discovery.

25          3.      Mr. Gonzales moves to continue the State Conference to the above-mentioned

26                  date. Defense needs additional time to review the discovery and investigate the

27                  case. This is Mr. Gonzalez's first request to continue the Status Conference.

28

1    4.    The government does not object to Mr. Gonzalez' request.

2    5.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial

3    Act), the parties request that the time period between October 16, 2025 and

4    December 11, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. §

5    3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

6    granted by the Court at the defense's request, based on a finding that the ends of

7    justice served by granting the continuance outweighs the best interest of the

8    public and Mr. Gonzalez in a speedy trial.

9

10                              Respectfully submitted,

11                              HEATHER E. WILLIAMS
                                Federal Defender
12
      Date: October 13, 2025    */s/  Hootan Baigmohammadi*
13                              HOOTAN BAIGMOHAMMADI
                                Assistant Federal Defender
14                              Attorneys for Defendant
                                Mr. Gonzalez-Reyes
15

16    Date: October 13, 2025    ERIC GRANT
                                Acting United States Attorney
17
18                              */s/ Samuel E. Stefanki*
                                SAMUEL E. STEFANKI
19                              Assistant United States Attorney
                                Attorneys for Plaintiff
20

21

22

23

24

25

26

27

28

1

## **O R D E R**

2          The Court, having received and considered the parties' stipulation, and good cause

3    appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5    IT IS SO ORDERED.

6

7    Dated: October 14, 2025                                    _____

8                                                              Troy L. Nunley
                                                               Chief United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28