HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Gonzalez-Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:25-CR-192-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) Date: December 11, 2025 |
| MARCOS GONZALEZ-REYES, | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Samuel E. Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Marcos Gonzalez-Reyes, that the currently scheduled Status Hearing set for December 11, 2025 be continued to **January 15, 2026 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. On August 21, 2025, Mr. Gonzalez-Reyes was arraigned on charges of distribution and possession of child pornography.
2. The government has produced 540 pages and five native files of discovery.
3. Mr. Gonzalez-Reyes moves to continue the Status Conference to the above-mentioned date. Defense counsel was out of the office for two weeks in November in addition to the Thanksgiving holiday. He is also preparing for trial

1  in another case. The defense needs additional time to review the discovery and
2  investigate the instant case.
3   4.  The government does not object to Mr. Gonzalez-Reyes' request.
4   5.  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial
5  Act), the parties request that the time period between December 11, 2025 and
6  January 15, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. §
7  3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance
8  granted by the Court at the defense's request, based on a finding that the ends of
9  justice served by granting the continuance outweighs the best interest of the
10 public and Mr. Gonzalez-Reyes in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 4, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Gonzalez-Reyes

Date: December 4, 2025

ERIC GRANT
United States Attorney

*/s/ Samuel E. Stefanki*
SAMUEL E. STEFANKI
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December 4, 2025

_____
Troy L. Nunley
Chief United States District Judge