HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Gonzalez-Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCOS GONZALEZ-REYES,<br>Defendant. | ) Case No.  2:25-cr-192-TLN<br>)<br>) **STIPULATION AND ORDER TO CONTINUE**<br>) **STATUS HEARING AND EXCLUDE TIME**<br>)<br>) Date: January 15, 2026<br>) Time: 9:30 a.m.<br>) Judge: Hon. Troy L. Nunley<br>)<br>) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Samuel E. Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Marcos Gonzalez-Reyes, that the currently scheduled Status Hearing set for January 15, 2026 be continued to **February 26, 2026 at 9:30 a.m.**

The parties specifically stipulate as follows:

1.      On August 21, 2025, Mr. Gonzalez was arraigned on charges of distribution and possession of child pornography.

2.      The government has produced 540 pages and five native files of discovery.

3.      Mr. Gonzalez moves to continue the Status Conference to the above-mentioned date to have the opportunity to review all discovery, investigate, and maintain continuity of counsel. Defense counsel is currently working through discovery

with Mr. Gonzalez and investigating the case. He is also preparing for trial in another case that is set to commence on February 2, 2026.  The workload demands of defense counsel have been significant and he needs additional to complete the necessary tasks in the instant case.

4. The government does not object to Mr. Gonzalez' request.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between January 15, 2026 and February 26, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Gonzalez in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 12, 2026          */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Gonzalez-Reyes

Date: January 12, 2026          ERIC GRANT
Acting United States Attorney

*/s/ Samuel E. Stefanki*
SAMUEL E. STEFANKI
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Status
Hearing and Exclude Time          -2-          *United States v. Gonzalez-Reyes,*
2:25-cr-192-TLN

# O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: January 12, 2026

_____

Troy L. Nunley
Chief United States District Judge