**WALSH LAW**
Chris Walsh (CA State Bar No. 235118)
Philippa Lauben (CA State Bar No. 186153)
Colin Child (CA State Bar No. 285187)
Stephany Garcia (CA State Bar No. 349125)
2230 East Bidwell Street, Ste. 100
Folsom, CA 95630
Phone: (916) 443-1111
Email: chris@walshcriminaldefense.com

Attorneys for Marcos Gonzalez-Reyes

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

MARCOS GONZALEZ-REYES

Case Number: **2:25-cr-00192-TLN**

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE**

STIPULATION

The Parties Plaintiff United States of America, by and through its counsel of record, Sam Stefanki, and defendant Marcos Gonzalez-Reyes, by and through his counsel of record, Philippa Lauben, hereby stipulate as follows:

1. By stipulation this matter had previously been set for a Status Conference before the Hon. Troy L. Nunley on April 30, 2026;

2. The parties agree and request that the Court find that;

   a. Counsel for defendant substituted into this matter on or about February 11, 2026.

   b. Counsel for defendant needs additional time to review discovery, consult with client, review charges, conduct investigation, and to discuss potential resolutions with client, and otherwise prepare for trial.

1

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation taking into account the exercise of due diligence;

d. Neither the Government nor the defense objects to the continuance.

e. Based upon the above-stated facts, the ends of justice served by the requested continuance outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, Et seq., within which trial must commence, the time period of April 30, 2026 to August 6, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

g. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the time period within which a trial must commence.

IT IS SO STIPULATED

Dated: April 27, 2026,                                    ERIC GRANT
                                                          United States Attorney

                                                          /s/ SAMUEL STEFANKI
                                                          Assistant United States
                                                          Attorney
Dated: April 27, 2026,

                                                          /s/ PHILIPPA LAUBEN
                                                          Attorney for Marcos Gonzalez-Reyes

FINDINGS AND ORDER


The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the April 30, 2026, status conference and resets the matter for a status conference on August 6, 2026, at 10:00 a.m. The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between April 30, 2026, and August 6, 2026, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time from April 30, 2026 to and including August 6, 2026, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.


IT IS SO ORDERED


Dated:_____          _____
                                           Hon. Troy L. Nunley
                                           United States District Court Judge

3