**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
MARCOS GONZALEZ-REYES

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARCOS GONZALEZ-REYES,<br>Defendant | Case No. 2:25-cr-00192-TLN<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME<br><br>DATE: SEPTEMBER 24, 2026<br>TIME: 9:30 AM<br>COURT: HON. TROY L. NUNLEY |

**STIPULATION**

The parties have agreed to continue the date for status conference until September 24, 2026.

Defense counsel needs an additional week to finalize the execution of the plea agreement for review, and investigating the matter with the defendant. Additionally, defense counsel is unavailable on the 17th due to a pre-existing appearance elsewhere.

For the purpose of computing time under 18 U.S.C. §3161 *et seq.*(Speedy Trial Act), the parties request that the time period between September 17, 2026 and September 24, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuances outweighs the best interest of the public and Mr. Gonzalez-Reyes

in a speedy trial.

The government has agreed to extend the deadline for the adoption of the plea agreement.

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: September 14, 2026

Eric Grant
United States Attorney

*/s/SAM STEFANKI*
SAM STEFANKI
Assistant United States Attorney

Dated: September 14, 2026

REICHELLAW PC

*/s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant
Marcos Gonzalez-Reyes

**ORDER**

For the purpose of computing time under 18 U.S.C. §3161 *et seq.*(Speedy Trial Act), the parties request that the time period between September 17, 2026 and September 24, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuances outweighs the best interest of the public and Mr. Gonzalez-Reyes in a speedy trial.

IT IS SO ORDERED on this ____ day, September 2026.

_______________________________________

UNITED STATES DISTRICT JUDGE
HONORABLE TROY L. NUNLEY