**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
MARCOS GONZALEZ-REYES

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARCOS GONZALEZ-REYES,<br>Defendant | Case No. 2:25-cr-00192-TLN<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME<br><br>DATE: OCTOBER 22, 2026<br>TIME: 9:30 AM<br>COURT: HON. TROY L. NUNLEY |

## STIPULATION

The parties have agreed to continue the date for CHANGE OF PLEA until October 22, 2026, at 9:30 a.m.

Defense counsel needs additional time to finalize the execution of the plea agreement with the defendant. Defense counsel has been involved in other matters and unable to finalize this issue.

For the purpose of computing time under 18 U.S.C. §3161 *et seq.*(Speedy Trial Act), the parties request that the time period between September 24, 2026 and October 22, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuances outweighs the best interest of the public and Mr. Gonzalez-Reyes

in a speedy trial.

The government has agreed to extend the deadline for the adoption of the plea agreement.

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: September 23, 2026

Eric Grant
United States Attorney

/s/SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: September 23, 2026

REICHELLAW PC

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Marcos Gonzalez-Reyes

**ORDER**

For the purpose of computing time under 18 U.S.C. §3161 *et seq.*(Speedy Trial Act), the parties request that the time period between September 24, 2026 and October 22, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuances outweighs the best interest of the public and Mr. Gonzalez-Reyes in a speedy trial.

IT IS SO ORDERED on this 23rd day, September 2026.

Troy L. Nunley
Chief United States District Judge