**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
MARCOS GONZALEZ REYES

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCOS GONZALEZ REYES,<br><br>Defendant | Case No. 2:25-CR-00192-TLN<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME<br><br>DATE: NOVEMBER 19, 2026<br>TIME: 9:30 AM<br>COURT: HON. TROY L. NUNLEY |

**STIPULATION**

The parties have agreed to continue the date for the CHANGE OF PLEA hearing until November 19, 2026, at 9:30 a.m.

Defense counsel unexpectedly has a state trial beginning on Wednesday, October 28, 2026, in Lake County and expects to be detained out of town for approximately 2 weeks.

For the purpose of computing time under 18 U.S.C. §3161 et seq.(Speedy Trial Act), the parties request that the time period between October 29, 2026, and November 19, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuances outweighs the best interest of the public and Mr. Gonzalez-Reyes in a speedy trial.

The government has agreed to extend the deadline for the adoption of the plea agreement.

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: October 26, 2026

Eric Grant
United States Attorney

/s/SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: October 26, 2026

REICHELLAW PC

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Marcos Gonzalez Reyes

**ORDER**

For the purpose of computing time under 18 U.S.C. §3161 et seq.(Speedy Trial Act), the time period between October 29, 2026, and November 19, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4), based on the Court's finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Gonzalez-Reyes in a speedy trial.

IT IS SO ORDERED on this 27th day, October 2026.

Troy L. Nunley
Chief United States District Judge